

**Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Jones & Jones
45 Essex Street
Hackensack, New Jersey 07601
(201) 487-3600
Attorneys for Spencer Savings
Bank, SLA

/s/VINCENT J. MASSA III, ESQ.
Vincent J. Massa III
Identification No. 1085

In Re:

Marianne McElroy and Robert M.
McElroy,


 Debtor
```

CASE NO. 19-22958 CMG
CHAPTER 13
Hearing Date: 07/15/20
Judge: Hon. Christine M.
       Gravelle, USBJ

## CONSENT ORDER RESOLVING
## CREDITOR'S CERTIFICATION OF DEFAULT

    The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 15, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:                Marianne McElroy and Robert M. McElroy
Case No.:              19-22958 CMG - Chapter 13
Caption of Order:      **CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT**

_____

AND NOW, this          day of                    , 2020, the Court finds that this matter being opened to the Court upon the Certification of Default filed by Jones & Jones (Vincent J. Massa III, Esq., appearing), attorneys for the secured party, Spencer Savings Bank, SLA ("Spencer"), with the consent of Norgaard, O'Boyle & Hannon  (John O'Boyle, Esq., appearing), attorneys for the Debtors, Marianne McElroy and Robert M. McElroy, under Bankruptcy Code section 362 for relief from the automatic stay as to certain real property commonly known as 75 Baywood Boulevard, Brick, NJ 08723 (the "Property"), and for cause shown,

ORDERED AS FOLLOWS:

1. The subject Certification of Default is Withdrawn.

2. In the event Debtor shall fail to pay within thirty (30) days of when due any future mortgage payment due Spencer, or fails to pay within thirty (30) days of when due thirty (30) days of when due any future payment provided for in paragraph 2 hereinabove, Spencer shall be entitled, seven (7) days after the filing and service to Debtor, Debtor's counsel and the Trustee of a Certification of Default, to an Order Vacating Stay as to Real Property.

3. Debtor shall pay as counsel fees to Spencer the sum of $500.00 through the Plan.

```
(Page 3)
Debtor:            Marianne McElroy and Robert M. McElroy
Case No.:          19-22958 CMG - Chapter 13
Caption of Order:  CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF
                   DEFAULT
```
_____

      4.   That a copy of this Order be mailed to counsel for the Debtor and to the Trustee within _____ days of the date hereof.

We hereby consent to the form and substance of this Order:

```
                        JONES & JONES
                        Attorneys of Secured Creditor

DATED: July 10, 2020    /s/ VINCENT J. MASSA III ____
                        VINCENT J. MASSA III, ESQ.

                        Norgaard, O'Boyle & Hannon
                        Attorneys of Debtor

DATED: July 10, 2020    /s/ JOHN  O'BOYLE _____
                        JOHN  O'BOYLE, ESQ.
```